UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS TORRES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER,<br><br>　　　　　Respondent. | Case No. 18-cv-03487-HSG (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 6 |

Petitioner, a California prisoner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to petitioner's notice of voluntary dismissal (Dkt. No. 6) this case is DISMISSED without prejudice. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is DENIED. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 8/29/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge